IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OSCAR GARNER,

              Plaintiff,

v.                                                                              ORDER

BRIAN FOSTER, CAPT. TRITT, HSU MARCHANT,              19-cv-618-jdp
JANE DOE, and JOHN DOE (1ST SHIFT SGT),

              Defendants.

---

On December 3, 2019, I entered an order directing plaintiff Oscar Garner to inform the court whether he wished to proceed with this case. I gave Garner a deadline of December 24, 2019, to respond to the order and warned him that his case would be dismissed for failure to prosecute if he did not respond. Dkt. 8. Garner's deadline has passed, and the court has received nothing from him. Accordingly, I am dismissing this case with prejudice for Garner's failure to prosecute. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Oscar Garner's case is DISMISSED WITH PREJUDICE. The clerk of court is directed to enter judgment for defendants and close this case.

Entered January 7, 2020.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge