IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OSCAR GARNER,

    Plaintiff,

  v.

Case No. 19-cv-618-jdp

BRIAN FOSTER, CAPT. TRITT,
HSU MERCHANT, JANE DOE,
AND JOHN DOE (1ST SHIFT SGT),

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 01/07/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |